UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL SHANE THORSON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>KLICKITAT COUNTY,<br><br>　　　　　　Defendant. | NO:  CV-10-5137-RMP<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING PLAINTIFF'S MOTION FOR WAIVER OF FILING FEE |

　　　Before the Court are Magistrate Judge Cynthia Imbrogno's Report and Recommendation for Order Granting Plaintiff's Motion for Leave to Proceed as a Veteran Under the USERRA and Waiver of Filing Fee Under Local Rule 7.1 (Ct. Rec. 6) and Plaintiff's Motion (Ct. Rec. 1).  The deadline for objections has passed, and no objections were filed.  The Court hereby **ADOPTS** the Report and Recommendation in its entirety and **GRANTS** Plaintiff's motion (**Ct. Rec. 1**).  The filing fee is hereby **WAIVED**.

　　　**DATED** this 22nd day of December, 2010.

　　　*s/ Rosanna Malouf Peterson*　　
ROSANNA MALOUF PETERSON
United States District Court Judge

ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING PLAINTIFF'S MOTION FOR WAIVER OF FILING FEE ~ 1