UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL SHANE THORSON,<br><br>                Plaintiff,<br><br>   v.<br><br>COUNTY OF KLICKITAT, WASHINGTON; JOE RIGGERS, Sergeant Klickitat County Sheriff's Office; ERIK ANDERSON, Klickitat County Under-Sheriff; JOHN and JANE DOE EMPLOYEE-AGENTS; and FORMER EMPLOYEE-AGENTS OF KLICKITAT COUNTY,<br><br>                Defendants. | NO: CV-10-5137-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE the Court is the parties' Stipulated Motion to Dismiss, ECF No. 113. Having reviewed said motion and the file and pleadings therein, the Court finds good cause to grant the motion.

/ / /

/ / /

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Motion to Dismiss with Prejudice, **ECF No. 113,** is **GRANTED**. Plaintiff's Complaint and any and all counterclaims and/or cross-claims are dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order and provide copies to counsel. This file **remains closed**.

**DATED** this 12th day of April 2012.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2